**Motion granted and Abatement Order filed March 8, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00686-CV
_____

**DEAN W. SMITH, M.D. AND EGHTEDAR SADEGHPOUR, M.D., INDIVIDUALLY, AND DERIVATIVELY ON BEHALF OF HOUSTON SURGERY CENTER L.P., AND OUTPATIENT SPECIALTY SURGERY PARTNERS, L.P., Appellants**

**V.**

**JACK E. JENSEN, M.D., SURGICAL CARE OUTPATIENT ENTERPRISES, L.L.C., ATHLETIC ORTHOPEDIC AND KNEE CENTER P.A., AND MANAGED REHABILITATION, INC., Appellees**

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2018-90730**

## ABATEMENT ORDER

Before the court is the parties' joint motion to abate, which seeks to abate this appeal due to the parties agreeing in principle to settle the underlying lawsuit and all related disputes and proceedings. Although the parties have not yet reached a final

resolution to their disputes, they have stated that an abatement would facilitate such a resolution. As the motion has merit, the court hereby grants the motion.

The appeal is abated, treated as a closed case, and removed from this court's active docket for ninety days from the date of this order. The appeal will be reinstated on this court's active docket at that time, or when the parties file a motion to dismiss the appeal or other dispositive motion. The court will also consider an appropriate motion to reinstate the appeal filed by any party, or the court may reinstate the appeal on its own motion.

PER CURIAM

Panel Consists of Justices Jewell, Zimmerer, and Hassan.